1 KERRY GARVIS WRIGHT - State Bar No. 206320
kgarviswright@glaserweil.com
2 THOMAS P. BURKE JR. - State Bar No. 288261
tburke@glaserweil.com
3 GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
4 10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
5 Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for Petitioner
Marcy Simon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCY SIMON, an individual residing in New York,<br><br>Petitioner,<br><br>v.<br><br>MAPLE BEACH VENTURES, LLC, a Nevada limited liability company; MAPLE BEACH VENTURES ONE, LLC, a Wyoming limited liability company; and MAPLE BEACH VENTURES ONE, LLC, a Delaware limited liability company,<br><br>Respondents. | CASE NO.: 3:21-mc-80013<br><br>**DECLARATION OF KERRY GARVIS WRIGHT IN SUPPORT OF PETITIONER MARCY SIMON'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(e)** |

## DECLARATION OF KERRY GARVIS WRIGHT

I, KERRY GARVIS WRIGHT, declare as follows:

1. I am an attorney at law duly licensed to practice before the Northern District of California and all courts of the State of California and am a partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, attorneys of record for Petitioner Marcy Simon ("Petitioner" or "Ms. Simon"). I make this declaration in support of Petitioner Marcy Simon's Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(e). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. The documents or portions thereof that Ms. Simon seeks to file under seal have been designated as confidential by virtue of confidentiality provisions contained in certain agreements between Respondent Maple Beach Ventures, LLC and/or another third party, on the one hand, and Ms. Simon, on the other hand.

3. Ms. Simon seeks to file under seal the following documents or portions thereof:

   a. Portions of Ms. Simon's Notice of Petition and Petition to Confirm Arbitration Award and for Entry of Judgment [Page 1, lines 6-12, 23-28; pages 2 to 7; page 8, lines 1-14, 21-24; page 10, lines 1-10];

   b. Portions of the Declaration of Kerry Garvis Wright in Support of Ms. Simon's Petition to Confirm Arbitration Award and for Entry of Judgment ("Garvis Wright Decl. iso Petition") [Page 2, portions of ¶¶ 2-8];

   c. Garvis Wright Decl. iso Petition, Exhibit 1 in its entirety;

   d. Garvis Wright Decl. iso Petition, Exhibit 2 in its entirety;

   e. Garvis Wright Decl. iso Petition, Exhibit 3 in its entirety;

   f. Garvis Wright Decl. iso Petition, Exhibit 4 in its entirety;

   g. Garvis Wright Decl. iso Petition, Exhibit 5 in its entirety;

   h. Garvis Wright Decl. iso Petition, Exhibit 6 in its entirety; and

   i. Garvis Wright Decl. iso Petition, Exhibit 7 in its entirety.

1  I declare under penalty of perjury pursuant to the laws of the United States of America
2  that the foregoing facts are true and correct.
3  Executed on January 19, 2021 at Los Angeles, California.

_____
KERRY GARVIS WRIGHT

2

DECLARATION OF KERRY GARVIS WRIGHT
IN SUPPORT OF ADMIN. MOT. TO SEAL

CASE NO. 3:21-mc-80013

1952945