1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

13  MARCY SIMON, an individual residing in New York,

14      Petitioner,

15  v.

16  MAPLE BEACH VENTURES, LLC, a Nevada limited liability company; MAPLE BEACH VENTURES ONE, LLC, a Wyoming limited liability company; and MAPLE BEACH VENTURES ONE, LLC, a Delaware limited liability company,

20      Respondents.

CASE NO.: 3:21-mc-80013

**[PROPOSED] ORDER RE PETITIONER MARCY SIMON'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(e)**

0

On January 19, 2021, Petitioner Marcy Simon filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(e) (the "Administrative Motion") in connection with her Petition to Confirm Arbitration Award and for Entry of Judgment. Ms. Simon also submitted the Declaration of Kerry Garvis Wright in support of that administrative motion on January 19, 2021. Having considered the Administrative Motion to file under seal, all materials submitted in support or opposition thereof, and other records on file, the Court hereby GRANTS the motion. Therefore, the Court authorizes the filing under seal of certain documents or portions thereof, as designated below:

| Document | Sealable Portions |
|---|---|
| Petitioner Marcy Simon's Notice of Petition and Petition to Confirm Arbitration Award and for Entry of Judgment | Page 1, lines 6-12, 23-28; pages 2 to 7; page 8, lines 1-14, 21-24; page 10, lines 1-10 |
| Declaration of Kerry Garvis Wright in Support of Petitioner Marcy Simon's Petition to Confirm Arbitration Award and for Entry of Judgment ("Garvis Wright Decl. iso Petition") | Page 2, portions of ¶¶ 2-8 |
| Exhibit 1 to Garvis Wright Decl. iso Petition | All |
| Exhibit 2 to Garvis Wright Decl. iso Petition | All |
| Exhibit 3 to Garvis Wright Decl. iso Petition | All |
| Exhibit 4 to Garvis Wright Decl. iso Petition | All |
| Exhibit 5 to Garvis Wright Decl. iso Petition | All |
| Exhibit 6 to Garvis Wright Decl. iso Petition | All |
| Exhibit 7 to Garvis Wright Decl. iso Petition | All |

**IT IS SO ORDERED.**

Dated: _____    _____

United States District Court Judge