UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCY SIMON, an individual residing in New York,<br><br>Petitioner,<br><br>v.<br><br>MAPLE BEACH VENTURES, LLC, a Nevada limited liability company; MAPLE BEACH VENTURES ONE, LLC, a Wyoming limited liability company; and MAPLE BEACH VENTURES ONE, LLC, a Delaware limited liability company,<br><br>Respondents. | CASE NO.: 3:21-mc-80013<br><br>**[PROPOSED] ORDER GRANTING PETITIONER MARCY SIMON'S NOTICE OF PETITION AND PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT**<br><br>[9 U.S.C. § 9 (Federal Arbitration Act)] |

0

The Petition to Confirm Arbitration Award and for Entry of Judgment, filed by Petitioner Marcy Simon, is hereby **GRANTED**.

It is **ORDERED** that:

1. The corrected final arbitration award dated January 13, 2021 (the "Final Award") issued by the Honorable William J. Cahill (Ret.) of JAMS in favor of Petitioner Marcy Simon and against Respondents in *Marcy Simon v. Maple Beach Ventures, LLC, et al.*, JAMS Reference No. 1100105449, is confirmed in its entirety.

2. Judgment shall be rendered in conformity with the Final Award.

3. Petitioner Marcy Simon is awarded her attorney's fees and costs incurred in connection with the enforcement of the judgment.

**IT IS SO ORDERED.**

Dated: _____       _____
                                                United States District Court Judge