UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY SIMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAPLE BEACH VENTURES LLC, et al.,<br><br>　　　　Defendants. | Case No. 21-mc-80013-JCS<br><br>**ORDER TO FILE AS A CIVIL CASE; ORDER TO REFUND MISCELLANEOUS FILING FEE AND ORDER TO PAY FILING FEE** |

The Court has reviewed the initial pleading in this case and finds that it was erroneously classified as a miscellaneous case. The Clerk's Office is instructed to reclassify this case and assign it a civil case number

The filing fee paid in this miscellaneous case, pay.gov Receipt No. 0971-15460513, shall be refunded to counsel.

Plaintiff Marcy Simon shall pay the initial civil filing fee of $402.00 to the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: February 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge