JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY A. REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

*Attorneys for Defendants*
MAPLE BEACH VENTURES LLC (NEVADA),
MAPLE BEACH VENTURES ONE, LLC (WYOMING), AND
MAPLE BEACH VENTURES ONE, LLC (DELAWARE)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCY SIMON, an individual residing in New York,<br><br>Plaintiff,<br><br>v.<br><br>MAPLE BEACH VENTURES LLC, a Nevada limited liability company; MAPLE BEACH VENTURES ONE, LLC, a Wyoming limited liability company; and MAPLE BEACH VENTURES ONE, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.: 3:21-mc-80013-JCS<br><br>**DECLARATION OF EMILY REITMEIER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL** |

I, Emily Reitmeier, hereby declare and state as follows:

1. I have reviewed Plaintiff's Notice of Petition and Petition to Confirm Arbitration Award and for Entry of Judgment (the "Petition"); Plaintiff's Administrative Motion to Seal portions of the Petition and related exhibits ("Motion to Seal"); the Declaration of Kerry Garvis Wright (the "Wright Declaration") and Exhibits 1-7 attached to the Wright Declaration. Defendants seek to narrow the scope of the redactions proposed by Plaintiff in her Motion to Seal. Attached to this declaration are Defendants' proposed redactions to the Petition, the Wright Declaration, and Exhibits 1-5 of the Wright Declaration.[1] Defendants propose that Exhibits 6 and 7 to the Wright Declaration be sealed in their entirety.

2. Attached herewith as Exhibit A is a true and correct copy of a redacted version of the Petition. The final page of the Petition was hand signed and contains highlights in the original copy provided to Defendants. Defendants do not seek to seal any of the information on page 11 of the Petition.

3. Attached herewith as Exhibit B is a true and correct copy of a redacted version of Wright Declaration.

4. Attached herewith as Exhibit C is a true and correct copy of a redacted version of Exhibit 1 to the Wright Declaration.

5. Attached herewith as Exhibit D is a true and correct copy of a redacted version of Exhibit 2 to the Wright Declaration.

6. Attached herewith as Exhibit E is a true and correct copy of a redacted version of Exhibit 3 to the Wright Declaration.

7. Attached herewith as Exhibit F is a true and correct copy of a redacted version of Exhibit 4 to the Wright Declaration.

8. Attached herewith as Exhibit G is a true and correct copy of a redacted version of Exhibit 5 to the Wright Declaration.

---

[1] The Court has a copy of the full, unredacted version of all exhibits referenced in this declaration, as they were filed by Plaintiff in connection with her Administrative Motion. (*See* Dkt. No. 2.)  Defendants can provide the Court with unredacted versions Exhibits A-G to this declaration, which indicate, by highlighting, the narrower portions of the document that have been omitted from Defendants' redacted version upon the Court's request.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of February, 2021 at San Francisco, CA.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Emily Reitmeier*
EMILY REITMEIER
*Attorneys for Defendants*
MAPLE BEACH VENTURES LLC (NEVADA),
MAPLE BEACH VENTURES ONE, LLC (WYOMING), AND
MAPLE BEACH VENTURES ONE, LLC (DELAWARE)