JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY A. REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

*Attorneys for Defendants*
MAPLE BEACH VENTURES LLC (NEVADA),
MAPLE BEACH VENTURES ONE, LLC (WYOMING), AND
MAPLE BEACH VENTURES ONE, LLC (DELAWARE)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCY SIMON, an individual residing in New York,<br><br>Plaintiff,<br><br>v.<br><br>MAPLE BEACH VENTURES LLC, a Nevada limited liability company; MAPLE BEACH VENTURES ONE, LLC, a Wyoming limited liability company; and MAPLE BEACH VENTURES ONE, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.: 3:21-mc-80013-JCS<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

THIS MATTER came before the Court on Plaintiff Marcy Simon's Administrative Motion to File Documents Under Seal ("Motion to Seal"); Maple Beach Ventures LLC (a Nevada limited liability corporation), Maple Beach Ventures One, LLC (a Wyoming limited liability corporation), and Maple Beach Ventures One, LLC (a Delaware limited liability corporation) (jointly "Defendants") Response in Support of Plaintiff's Motion to Seal; the Declaration of Derek Rundell; and the Declaration of Emily Reitmeier and the exhibits attached thereto;

IT IS ORDERED that good cause exists requiring Plaintiff to file under seal the redacted portions of the below listed documents:

| DOCUMENT PORTION(S) TO BE SEALED | DECLARATORY SUPPORT FOR SEALING | REASONS FOR SEALING |
|---|---|---|
| *Plaintiffs' Petition to Confirm the Arbitration Award and for Entry of Judgment (Dkt. No. 1)* | | |
| Page 1, lines 27-28 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Page 1, line 28 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Page 2, line 1 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Page 2, lines 20-28; Page 3 lines 1-5 | Rundell Decl. ¶¶2-5 | Information about non-party, tangential confidential information not necessary to resolving this action |
| Page 3, line 6 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Page 3, lines 9-10 | Rundell Decl. ¶¶2-5 | Information about non-party, Tangential confidential information not necessary to resolving this action |
| Page 3, lines 12, 25, 26 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Page 3, line 28 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Page 4, lines 5-6; 9-15 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Page 7, lines 22, 23 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Page 7, line 22 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |

| DOCUMENT PORTION(S) TO BE SEALED | DECLARATORY SUPPORT FOR SEALING | REASONS FOR SEALING |
|---|---|---|
| *Declaration of Kerry Garvis Wright in Support of Plaintiff's Petition to Confirm the Arbitration Award and for Entry of Judgment (Dkt. No. 1-1) and Supporting Exhibits (Dkt. Nos. 1-2 – 1-8)* | | |
| Wright Declaration Page 2, lines 15, 17, 19 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Wright Declaration Page 2, line 24 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 5, lines 1-13, Footnote 1 | Rundell Decl. ¶¶2-5 | Information about non-party; tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 5, line 15 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 8, lines 2, 4, 6, 10, 16, 17, 18 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 8, line 5 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 9, lines 3, 11, 12 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 9, lines 16, 17, 20, 21 | Rundell Decl. ¶¶2-5 | Information about non-party; tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 13, lines 17, 18, 19, 22, 24 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 14, lines 2-3, 8, 9 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 14, lines 3, 4, 20 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 14, lines 23, 24 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 15, lines 3, 17, 22 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 15, lines 13-16 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 17, line 6 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 22, line 23 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 23, line 2 | Rundell Decl. ¶¶2-5 | Information about non-party |

| | | |
|---|---|---|
| Exhibit 1, Page 25, footnote 2 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 27, lines 16, 17 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 28, line 1 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 29, lines 5, 7, 13, 16 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 30, lines 12, 14, 18, 19 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 31, line 16 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 32, line 10 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 33, lines 9, 10, 11 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 37, lines 9, 17, 18, 20 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 37, line 11 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 37, line 19-20 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 38, lines 2, 7, 13, 20-21, 22 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 43, line 17 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 1, Page 43, line 18 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 47, line 7 | Rundell Decl. ¶¶2-5 | Information about non-party; tangential confidential information not necessary to resolving this action |
| Exhibit 1, Page 47, lines 7, 8 | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 2, ¶2 | Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |

| | | |
|---|---|---|
| Exhibit 2, ¶3(f) | Rundell Decl. ¶¶2-5 | Information about non-party; tangential confidential information not necessary to resolving this action |
| Exhibit 2, ¶3(g) | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 2, ¶7(a)(iii) | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 2, Attachment I | Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 3, Page 1, Introduction | Rundell Decl. ¶6; *see also* Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 3, Page 1, Stipulations | Rundell Decl. ¶6; *see also* Rundell Decl. ¶¶2-5 | Information about non-party; tangential confidential information not necessary to resolving this action |
| Exhibit 3, ¶1)(a) | Rundell Decl. ¶6; *see also* Rundell Decl. ¶¶2-5 | Information about non-party; tangential confidential information not necessary to resolving this action |
| Exhibit 3, ¶13 | Rundell Decl. ¶6; *see also* Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 3, ¶16 | Rundell Decl. ¶6; *see also* Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 3, Pages 6, 7 | Rundell Decl. ¶6; *see also* Rundell Decl. ¶¶2-5 | Information about non-party; tangential confidential information not necessary to resolving this action |
| Exhibit 4, Page 1 | Rundell Decl. ¶7; *see also* Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 4, ¶16 | Rundell Decl. ¶7; *see also* Rundell Decl. ¶¶2-5 | Information about non-party; tangential confidential information not necessary to resolving this action |
| Exhibit 5, Page 1, introductory paragraph and whereas clauses | Rundell Decl. ¶8; *see also* Rundell Decl. ¶¶2-5 | Information about non-party |
| Exhibit 5, ¶¶ 2, 3 | Rundell Decl. ¶8; *see also* Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 5, ¶4 | Rundell Decl. ¶8; *see also* Rundell Decl. ¶¶2-5 | Information about non-party; tangential confidential information not necessary to resolving this action |
| Exhibit 5, ¶6 | Rundell Decl. ¶8; *see also* Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |

| ITEM | DECLARATORY SUPPORT FOR SEALING | REASONS FOR SEALING |
|---|---|---|
| Exhibit 5, ¶7 | Rundell Decl. ¶8; *see also* Rundell Decl. ¶¶2-5 | Tangential confidential information not necessary to resolving this action |
| Exhibit 5, Page 2, signature block | Rundell Decl. ¶8; *see also* Rundell Decl. ¶¶2-5 | Information about non-party |

IT IS ORDERED that good cause exists requiring Plaintiff to file under seal the entirety of the below listed documents:

| ITEM | DECLARATORY SUPPORT FOR SEALING | REASONS FOR SEALING |
|---|---|---|
| Exhibit 6 | Rundell Decl. ¶¶2, 9 | Tangential confidential information not necessary to resolving this action |
| Exhibit 7 | Rundell Decl. ¶¶2, 9 | Tangential confidential information not necessary to resolving this action |

IT IS SO ORDERED.

Dated: February ___, 2021

_____
Honorable Joseph C. Spero
United States District Chief Magistrate Judge

1  Respectfully Submitted By:

2

3  JACK P. DICANIO (SBN 138782)
   Jack.DiCanio@skadden.com
   EMILY A. REITMEIER (SBN 305512)
4  Emily.Reitmeier@skadden.com
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
5  525 University Avenue
   Palo Alto, California 94301
6  Telephone: (650) 470-4500
   Facsimile:    (650) 470-4570
7  *Attorneys for Defendants*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

[PROPOSED] ORDER RE: MOTION TO SEAL                    Case No. 3:21-mc-80013-JCS